United States Courts
Southern District of Texas
FILED

*June 11, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**JOHN MONTGOMERY**

**CRIMINAL No. 4:25-cr-00404-3**

**SENTENCE DATA SHEET**

| | |
|---|---|
| **DEFENDANT'S IMMIGRATION STATUS:** | U.S. Citizen |
| **GUILTY PLEA:** | Count One: Violation of the Federal Water Pollution Control Act, 33 U.S.C. § 1319(c)(4) and 18 U.S.C. § 2. |
| **SUBSTANCE OF PLEA AGREEMENT:** | Pursuant to Rule 11(c)(1)(A), the Defendant agrees to plead guilty to the Information.  The Government will not oppose the Defendant's request for full acceptance of responsibility.  The Defendant waives his right to appeal and collaterally attack his conviction. The government agrees to dismiss the charges in the indictment in exchange for the plea to Count 1 of the Information. |
| **COUNT ONE:** | Violation of the Federal Water Pollution Control Act. 33 U.S.C. § 1319(c)(4) and 18 U.S.C. § 2. |

**ELEMENTS:**

<u>33 U.S.C. § 1319(c)(4)</u>

1. The defendant made a false material statement, representation, or certification;

2. In a record, report, or other document filed or required to be maintained under the Federal Water Pollution Control Act (otherwise known as the "Clean Water Act"); and

3. The defendant acted knowingly.

**PENALTY:** Term of imprisonment not to exceed 2 years; term of supervised release up to 1 years; fine not to exceed $250,000 or twice the greater of the gross gain or loss from the offense; and $100 special assessment.

**RESTITUTION:** Not applicable

**FORFEITURE:** Not applicable

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:** Not applicable

**SENTENCING GUIDELINES:** Advisory

**SPECIAL ASSESSMENT:** $100 per count of conviction

**ATTACHMENTS:** Plea Agreement

2